1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A.Z. DIVINE ALLAH, | 1:11-cv-01897-MJS (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |
| vs. | |
| STATE ATTORNEY GENERAL, et al., | |
| Defendants. | (ECF No. 2) |
| _____/ | |

Plaintiff Gift A.Z. Divine Allah ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on November 17, 2011.  (ECF No. 2.) Due to the fact that Plaintiff is no longer in custody, it is HEREBY ORDERED that:

1.     The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application;

2.     Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full.

**Failure to obey this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    December 1, 2011                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE