UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A.Z. DIVINE ALLAH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE ATTORNEY GENERAL, et al.,<br><br>    Defendants.<br>_____ / | 1:11-cv-01897-MJS (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(ECF No. 2) |

Plaintiff Gift A.Z. Divine Allah ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion seeking leave to proceed in forma pauperis by a prisoner on November 17, 2011. (ECF No. 2.) Due to the fact that Plaintiff is no longer in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full.

**Failure to obey this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  December 1, 2011            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE