UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFT A.Z. DIVINE ALLAH, | 1:11-cv-01897-LJO-MJS-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| STATE ATTORNEY GENERAL, et al., | (ECF Nos. 2 & 8) |
| Defendants. | |

Plaintiff Gift A.Z. Divine Allah ("Plaintiff") is a former state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On December 8, 2011, Plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   December 22, 2011             /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE