1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GIFT A.Z. DIVINE ALLAH,                    1:11-cv-01897-LJO-MJS-(PC)

12              Plaintiff,                       ORDER GRANTING MOTION TO
                                                 PROCEED IN FORMA PAUPERIS
13         v.

14   STATE ATTORNEY GENERAL, et al.,            (ECF Nos. 2 & 8)

15

16              Defendants.
     _____/
17

18
          Plaintiff Gift A.Z. Divine Allah ("Plaintiff") is a former state prisoner proceeding with a
19
     civil rights action pursuant to 42 U.S.C. § 1983.
20
          On December 8, 2011, Plaintiff filed an application to proceed in forma pauperis.
21
     Examination of these documents reveals that Plaintiff is unable to afford the costs of this
22
     action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.
23

24

25   IT IS SO ORDERED.

26   Dated:   December 22, 2011           /s/  *Michael J. Seng*
27                                        UNITED STATES MAGISTRATE JUDGE

28